IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02640-GPG

JEFFREY BARNES,

    Plaintiff,

v.

CITY OF LAKEWOOD, COLORADO,
AGENT OKAMURA,
CHAD RYAN MARTINEZ,
AGENT JOHNSON,
LEONARD (1821),
STEPHEN CHRISTOPHER CARRIGAN,
SCOTT STEPHENS,
SEIPLE 1995,
AM HARRIS (1953),
F. ROACHO (2009),
SHAWN REITH, and
AGENT BAREFOOT,

    Defendants.

## ORDER DISMISSING CASE

Plaintiff, Jeffery Barnes, has submitted to the Court *pro se* a Complaint (ECF No. 1) and an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) (ECF No. 2). Because the documents were submitted to the Court without a case number, the instant action was commenced. However, Mr. Barnes already has pending a separate civil action in which he asserts the same claims against the same Defendants. *See Barnes v. City of Lakewood*, No. 15-cv-02280-GPG (D. Colo. filed Oct. 14, 2015). Furthermore, on November 20, 2015, Magistrate Judge Gordon P. Gallagher ordered Mr. Barnes to file a second amended complaint in case number 15-cv-02280-GPG that

clarifies the claims he is asserting. It appears that the documents filed in this action were submitted to the Court in response to Magistrate Judge Gallagher's order entered in case number 15-cv-02280-GPG.

The instant action will be dismissed without prejudice and the clerk of the Court will be directed to file in case number 15-cv-02280-GPG a copy of the Complaint (ECF No. 1) filed in this action. All future filings regarding Mr. Barnes' claims against Defendants should be made in civil action number 15-cv-02280-GPG and must be identified with that case number. Accordingly, it is

ORDERED that the instant action is dismissed without prejudice. It is

FURTHER ORDERED that the clerk of the Court file in civil action number 15-cv-02280-GPG a copy of the Complaint (ECF No. 1) filed in this action. It is

FURTHER ORDERED that the Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) (ECF No. 2) is denied as moot.

DATED at Denver, Colorado, this __9th__ day of __December__, 2015.

BY THE COURT:

s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court